IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MARIE E. BURLEY, *Plaintiff,* v. MICHAEL J. ASTRUE, Commissioner of Social Security, *Defendant.* | CIVIL ACTION NO. 3:10-CV-31 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

I referred this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for a recommended disposition. In his report and recommendation, filed on March 29, 2011, Judge Crigler recommends that the Commissioner's motion for summary judgment be granted, and the Commissioner's final decision be affirmed. As Plaintiff has not timely filed any objections to the report and recommendation, it is ORDERED that the report and recommendation (docket no. 25) be ADOPTED in its entirety, that the Commissioner's motion be GRANTED (docket no. 21), and the Commissioner's final decision be AFFIRMED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record.

Entered this  19th  day of April, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1